Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COAST INLAND CORPORATION, a California Corporation, COAST INLAND CONSTRUCTORS, INC., a California Corporation, JAMES EDWARD DANNER, an Individual, and VAL ERNEST PETERSON, an Individual, <br><br> Defendants. | Case No.: C10-2850 CRB <br><br> **NOTICE OF VOLUNTARY DISMISSAL RE DEFENDANT** <br> **COAST INLAND CORPORATION** <br> **ONLY** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendant COAST INLAND CORPORATION, a California Corporation, only.

Default of Defendant Coast Inland Corporation and the other three defendants in this matter was entered by the Clerk on October 7, 2010, pursuant to Defendants' failure to plead or otherwise defend or appear in this action, and the time permitted for such pleading, defense or other appearance having run.

1   Nevertheless, on November 10, 2010, Defendant Danner filed an "Answer" on behalf of

2   himself and Defendant Coast Inland Corporation.    Defendants Danner and Coast Inland

3   Corporation did not move to have the Clerk's Entry of Default overturned.    Therefore the

4   "Answer" filed by Defendants Danner and Coast Inland Corporation [Docket No. 21] should not

5   have been accepted by the Clerk.

6   Thus, Plaintiffs believe that Defendant Coast Inland Corporation has not served an Answer

7   in this matter.   Defendant Coast Inland Corporation has not moved for summary judgment, and

8   Plaintiffs have not previously filed or dismissed any similar action against Defendant Coast Inland

9   Corporation.

10   Plaintiffs have entered into settlement agreements with Defendants Danner, Peterson, and

11   Coast Inland Constructors [Docket Nos. 27, 28], and therefore Plaintiffs' action will proceed

12   against those three defendants only.

13   Plaintiffs therefore dismiss Defendant Coast Inland Corporation from this action, and

14   request that the Court retain jurisdiction over this matter.

15   I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-

16   entitled action, and that the foregoing is true of my own knowledge.

17   Executed this 7th day of January, 2011, at San Francisco, California.

SALTZMAN & JOHNSON
18   LAW CORPORATION

19

20   By:   /S/Blake E. Williams

21   Blake E. Williams
Attorneys for Plaintiffs

22
IT IS SO ORDERED.
23

24   Based on the foregoing, and GOOD CAUSE APPEARING, Defendant Coast Inland
Corporation is hereby dismissed from this action without prejudice.   The Court shall retain

25   jurisdiction over this matter.

26

Date:   January 10, 2011
27   _____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE
28                                                                                      -2-

VOLUNTARY DISMISSAL RE
COAST INLAND CORPORATION ONLY
Case No.: C10-2850 CRB